UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO N. DELA CRUZ,<br><br>    Plaintiff.<br><br>    v.<br><br>MEGAN BRENNAN,<br><br>    Defendant. | Case No. 19-cv-01140-DMR<br><br>**ORDER DIRECTING ISSUANCE OF SUMMONS AND SERVICE OF PROCESS BY THE U.S. MARSHAL** |

Plaintiff Fernando N. dela Cruz Jr. filed an application to proceed *in forma pauperis*. The court granted Plaintiff's application on March 8, 2019 and noted that issuance of summons and service would be determined separately. [Docket No. 4.] Having considered the complaint, the court find that it complies with 28 U.S.C. § 1915 and orders the Clerk of Court to issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendant.

**IT IS SO ORDERED.**

Dated: May 30, 2019

_____
DONNA M. RYU
United States Magistrate Judge